| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | ANDREW WONG, Bar #308269 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | Attorney for Defendant |
| | BLAKE TORIAN LITTLES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:16-cr-00162 DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION TO ADVANCE STATUS |
| | ) | CONFERENCE, SET CHANGE OF PLEA; |
| vs. | ) | ORDER |
| | ) | |
| BLAKE TORIAN LITTLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Christopher Baker, Counsel for Plaintiff, and Assistant Federal Defenders Peggy Sasso and Andrew Wong, Counsel for Defendant Blake Torian Littles, that the status hearing set for July 5, 2017 **may be advanced and rescheduled to Wednesday, June 28, 2017 at 2:00 p.m.** before the Honorable Stanley A. Boone for a change of plea.

///

///

///

///

///

///

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 26, 2017     By:    */s/ Christopher Baker*
CHRISTOPHER BAKER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: June 26, 2017     By:    */s/ Peggy Sasso*
PEGGY SASSO
ANDREW WONG
Assistant Federal Defenders
Attorneys for Defendant
BLAKE TORIAN LITTLES

**O R D E R**

IT IS SO ORDERED.

Dated: **June 27, 2017**

UNITED STATES MAGISTRATE JUDGE