# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BLAKE TORIAN LITTLES,<br><br>　　　　　　Defendant. | Case No.  1:16-cr-00162-DAD<br><br>ORDER GRANTING REQUEST TO SEAL DOCUMENTS<br><br>(Doc. 19) |

　　　The court has reviewed and considered defendant's request for a sealing order (Doc. 19) in this case. Good cause appearing, Exhibit B to defendant's sentencing memorandum (Doc. 18) shall be filed under seal until further order of the court.

IT IS SO ORDERED.

　Dated:  **July 19, 2017**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1